UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jessica Smith,<br><br>                    Plaintiff,<br>      v.<br><br>Commerical Recovery Systems, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.: 3:11-cv-01184-GTS-DEP |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 14, 2011

                                                                    Respectfully submitted,

                                                                    PLAINTIFF, Jessica Smith

                                                                    /s/ Sergei Lemberg

                                                                    Sergei Lemberg, Esq. (SL 6331)
                                                                    **LEMBERG & ASSOCIATES L.L.C.**
                                                                    1100 Summer Street, 3rd Floor
                                                                    Stamford, CT 06905
                                                                    Telephone: (203) 653-2250
                                                                    Facsimile:  (203) 653-3424
                                                                    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg